UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMASENSE TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED ENGINEERING SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 20-cv-07905-WHO<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF MOTION TO REMAND**<br><br>Re: Dkt. No. 121 |

On August 26, 2022, defendant Advanced Engineering Services, LLC ("AES") filed an "emergency" administrative motion to expedite the briefing schedule and consideration of the motion to remand that it filed two days earlier. Dkt. Nos. 120, 121. AES cited the September 7, 2022, hearing date on the pending motion for summary judgment in seeking the expedited schedule. Dkt. No. 121.

The administrative motion is DENIED. Any response to the motion to remand is due September 7, 2022. Any reply is due September 14, 2022. The motion to remand will be heard on September 28, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 31, 2022

William H. Orrick
United States District Judge